1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

DOMINIQUE MORRISON, individually and
on behalf of all others similarly situated,

13

Plaintiff,

14

v.

15

ROSS STORES, INC., AQ TEXTILES LLC,
CREATIVE TEXTILE MILLS PRIVATE
LIMITED,

16

17

Defendants.

18

19
20
21
22
23
24
25
26
27
28

Civil Action No.  4:18-cv-02671-YGR

**[PROPOSED] ORDER GRANTING
DEFENDANT ROSS STORES INC.'S
MOTION TO DISMISS PLAINTIFF'S
SECOND AMENDED COMPLAINT
PURSUANT TO FED. R. CIV. P.
12(B)(6) AND 12(B)(1)**

Date:   February 19, 2019
Time:   2:00 p.m.
Courtroom:   Oakland Courthouse,
Courtroom 1, Fourth Floor

DOCUMENT PREPARED
ON RECYCLED PAPER

1

## [PROPOSED] ORDER

2       Defendant Ross Stores, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint

3   came on for hearing on Tuesday, February 19, 2019 at 2:00 p.m., before this Court, the Honorable

4   Yvonne Gonzalez Rogers presiding.

5       Upon consideration of the papers filed in support of and in opposition to the Motion to

6   Dismiss, arguments of counsel, and good cause appearing therefore,

7       IT IS ORDERED that Defendant's motion is GRANTED, and Plaintiff's Second Amended

8   Complaint is dismissed without leave to amend.

9

10  DATED:   _____        _____

11                                      HONORABLE YVONNE GONZALEZ ROGERS
                                        United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER

[PROPOSED] ORDER GRANTING DEFENDANT ROSS STORES, INC.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED
COMPLAINT - 4:18-CV-02671-YGR