1  Michael McShane (SBN 127944)
   S. Clinton Woods (SBN 246054)
2  Ling Y. Kuang (SBN 296873)
3  AUDET & PARTNERS, LLP
   711 Van Ness Avenue, Suite 500
4  San Francisco, CA  94102
5  Telephone: (415) 568-2555
   Facsimile: (415) 568-2556
6  cwoods@audetlaw.com
7  mmcshane@audetlaw.com
   lkuang@audetlaw.com
8
9  *Attorneys for Plaintiff DOMINIQUE MORRISON,*
   *individually and on behalf of all others similarly situated*
10
11 [Additional counsel listed in signature block]

12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                        OAKLAND DIVISION

16 DOMINIQUE MORRISON, individually and        Case 4:18-cv-02671-YGR
   on behalf of all others similarly situated,
17
                                               **STIPULATED REQUEST TO**
18           Plaintiff,                         **CONTINUE HEARING ON**
                                               **DEFENDANT'S MOTION TO DISMISS**
19           v.

20
   ROSS STORES, INC.,
21
22           Defendant.

23

24

25

26

27

28

STIPULATED REQUEST TO CONTINUE HEARING DATE                    4:18-cv-02671-YGR

Pursuant to Civil L.R. 6-2 and 7-12, and further supported by the Declaration of S. Clinton Woods filed herewith, the parties through undersigned counsel hereby stipulate and respectfully request as follows:

1.  That the Court reschedule the March 5, 2019, hearing date to March 12 or March 19, 2019 at 2:00 p.m.

The parties declare in support of this request:

WHEREAS, Defendant, Ross Stores, Inc., filed a Motion to Dismiss on January 4, 2019 (Dkt. No. 56);

WHEREAS, Plaintiff, Dominique Morrison (hereinafter referred to as "Plaintiff"), has filed opposition to Defendant's Motion to Dismiss, and Defendant has filed its reply;

WHEREAS, with this proposed hearing schedule, this Court has been fully briefed on this matter since February 15, 2019, over 14-days in advance of the proposed hearing date of March 12 or March 19, 2019, and in compliance with this Court's Standing Order in Civil Case ¶ 3;

WHEREAS, the proposed continuance will only alter the date, subject to Court approval, of the hearing for Defendant's Motion to Dismiss and its related deadlines;

NOW THEREFORE, pursuant to Civil L.R. 6-2, the parties through their respective counsel of record stipulate as follows:

1.  The parties respectfully request that the Court hear the Motions to Dismiss on March 12, 2019 at 2:00 p.m. or March 19, 2019 at 2:00 p.m.

IT IS SO STIPULATED.

Dated: February 26, 2019                    By:  s/ *S. Clinton Woods*
                                                 S. Clinton Woods
                                                 AUDET & PARTNERS, LLP
                                                 cwoods@audetlaw.com
                                                 *Attorney for Plaintiff Dominique Morrison*

1

1

Dated: February 26, 2019

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:  s/ *Jeffrey Brian Margulies*
Jeffrey Brian Margulies
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
(213)- 892-9200
Fax: (213)-892-9494
Email: Jeff.margulies@nortonrosefulbright.com

*Attorney for Defendant Ross Stores, Inc.*

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, the undersigned, am the ECF user whose identification and password are being used to file this document. I hereby attest and represent, in compliance with Civil L.R. 5-1(i)(3), that all other signatories listed above, and on whose behalf the filing is submitted, have concurred in this filing and have approved its contents.

s/ *S. Clinton Woods*
S. Clinton Woods

STIPULATED REQUEST TO CONTINUE HEARING DATE                4:18-cv-02671-YGR