# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 7/8/2019 | **Time:** 2:03pm-2:23pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 18-cv-02671-YGR | **Case Name:** Morrison v. Ross Stores, Inc. | |

**Attorney for Plaintiff:** S. Clinton Woods
**Attorney for Defendant:** Jeffrey Marguiles

**Deputy Clerk:** Frances Stone          **Court Reporter:** Raynee Mercado

## PROCEEDINGS

INITIAL CMC- HELD

**REFERRED** for Private Mediation to be completed by 12/6/2019
Compliance hearing re name of mediator and date of mediation set Friday, 8/2/2019 at 9:01 AM. Joint Statement to be filed by 7/26/2019.

**Plaintiff's Expert Disclosures for Class Certification: 2/3/2020**

**Class Certification Motion to be filed by 2/3/2020**

**Rebuttal Expert Disclosures for Class Certification 3/30/2020**

**Response to Class Certification Motion including *Daubert* challenges relevant to class certification: 4/13/2020**

**Reply in Support of Class Certification and Response to *Daubert* challenges relevant to class certification: 5/26/2020**

**Reply in Support of *Daubert* Motions: 6/9/2020**

**Hearing on Class Certification Motion: 7/14/2020 at 2:00 PM**

**Disclosure of Experts: All Experts, Retained and Non-Retained Must Provide Written Reports Compliant with FRCP 26(a)(2)(B)**

**cc: ADR**