1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DOMINIQUE MORRISON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROSS STORES, INC.,<br><br>Defendant. | **Case No:** 4:18-cv-02671-YGR<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO VACATE SCHEDULE AND FOR DEADLINE ON MOTION FOR PRELIMINARY APPROVAL**<br><br>**Place:** Courtroom 1, 4th Floor<br>**Judge:** Hon. Yvonne Gonzalez Rogers<br><br>**Compl. Filed:** May 7, 2018<br>**Trial Date:** N/A |

Having considered the parties' concurrently filed Joint Notice of Settlement in Principle; Request to Vacate Schedule and for Deadline on Motion for Preliminary Approval, and for good cause shown:

1. The deadlines set forth in in this Court's Order of December 4, 2020 are hereby vacated;
2. The Motion For Preliminary Approval of the Settlement shall be filed by April 30, 2021.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___March 31, 2021___                              _____
                                                         **THE HONORABLE YVONNE GONZALEZ ROGERS**
                                                         **UNITED STATES DISTRICT JUDGE**

- 1 -

[PROPOSED] ORDER GRANTING STIPULATED REQUEST
TO VACATE SCHEDULE AND FOR DEADLINE ON MOTION
FOR PRELIMINARY APPROVAL                                 4:18-CV-02671-YGR