| | |
|---|---|
| 1 | |
| 2 | Michael A. McShane (CA #127944)<br>mmcshane@audetlaw.com |
| 3 | Ling Y. Kuang (CA #296873)<br>lkuang@audetlaw.com |
| 4 | Kurt D. Kessler (CA #327334)<br>kkessler@audetlaw.com |

Michael A. McShane (CA #127944)
mmcshane@audetlaw.com
Ling Y. Kuang (CA #296873)
lkuang@audetlaw.com
Kurt D. Kessler (CA #327334)
kkessler@audetlaw.com
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
Telephone:     (415) 568-2555
Facsimile:      (415) 568-2556

Counsel for Plaintiff Dominique Morrison on behalf of herself and all others similarly situated

[*Additional Counsel on Signature Block*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| DOMINIQUE MORRISON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROSS STORES, INC.,<br><br>Defendant | Case No:        4:18-cv-02671-YGR<br><br>**DECLARATION OF MICHAEL A. McSHANE IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:        **TBD**<br>Time:        **TBD**<br>Place:       Courtroom 1, 4th Floor<br>Judge:       Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed:        May 7, 2018 |

I, Michael McShane, hereby declare as follows:

1. I am an attorney at law and member in good standing with the California State Bar and the United States District Court, Northern District of California. I am an attorney at the law firm Audet & Partners, LLP, attorneys for the plaintiff in this action, *Morrison v. Ross Stores, Inc., et al.*, Case No. 4:18-cv-02671-YGR. I have personal knowledge of the matters stated below, and if called as a witness, I could and would testify competently thereto under oath, except to those matters stated upon information and belief.

2. I submit this declaration in support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

3. Attached as **Exhibit 1** is a true and correct copy of the parties' executed Settlement Agreement and the exhibits thereto.

4. The initial complaint in this matter was filed after an extensive factual and legal investigation regarding thread count representations for sheets.

5. Attached as **Exhibit 2** is a true and correct copy of the operative Second Amended Complaint in this action.

6. Defendant produced thousands of pages of discovery in response to Plaintiff's requests for production in this matter. Plaintiff further served interrogatories and requests for admission onto Defendant. The Plaintiff conducted depositions of Ross's corporate representative, and employees, officers and designees and also served several subpoenas on AQ and other third parties involved in the bed sheet and linen product testing businesses. Likewise, the Plaintiff responded to Ross' written discovery requests, produced documents and was deposed.

7. This discovery revealed through sales and revenue data that the putative class was made up of thousands of individuals.

8. The most recent deadline for the filing of Class Certification in this matter was April 15, 2021. Attached as **Exhibit 3** is a true and correct copy of the order setting that schedule.

9. With that deadline pending, the parties mediated before the Honorable Hon. Elizabeth D. Laporte (ret.) on February 18, 2021 and March 3, 2021. The mediation sessions

1  provided a framework for the Settlement Agreement, and the parties were able to subsequently

2  reach the settlement now being presented to this Court.

3      10.    Attached as **Exhibit 4** is a true and correct copy of my firm, Audet & Partners,

4  LLP's firm resume.

5      11.    Attached as **Exhibit 5** is a true and correct copy of the Cuneo Gilbert & Laduca,

6  LLP firm profile and resume.

7      12.    Attached as **Exhibit 6** is a true and correct copy of the Levin Sedran & Berman firm

8  resume.

9      13.    Attached as **Exhibit 7** is a true and correct copy of the Steckler Wayne Cochran

10  Cherry, PLLC firm resume.

11      I declare under penalty of perjury under the laws of the United States that the foregoing is

12  true and correct, and with respect to those matters stated on information and belief, believe them to

13  be true and correct.

14      Executed at San Francisco, California, on Friday, May 07, 2021.

15

16                                      Respectfully Submitted,

17  Dated: May 7, 2021                 By:  *s/Michael A. McShane*
18                                      Michael A. McShane (CA #127944)
                                     AUDET & PARTNERS, LLP
19                                      711 Van Ness Avenue, Suite 500
                                     San Francisco, CA 94102-3275
20                                      Telephone:  (415) 568-2555
                                     Facsimile:   (415) 568-2556
21
22                                      *Counsel for Plaintiff Dominique Morrison*

23

24

25

26

27

28

DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL    4:18-CV-02671-YGR