# EXHIBIT 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DOMINIQUE MORRISON, on behalf of herself and all others similarly situated,<br><br>                                     Plaintiff,<br><br>       v.<br><br>ROSS STORES, INC.,<br>                           Defendant | Case No:          4:18-cv-02671-YGR<br><br>**[PROPOSED] ORDER GRANTING CLASS CERTIFICATION BRIEFING AND DISCOVERY SCHEDULE**<br><br>Hearing Date:          N/A<br>Time:                      N/A<br>Place:          Courtroom 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Compl. Filed: May 7, 2018<br>Trial Date:               N/A |

1      Having considered the parties' concurrently-filed Joint Statement On Class Certification

2 Briefing And Discovery Schedule, and for good cause shown, the following schedule is hereby

3 adopted:

| Description | Proposal |
|---|---|
| Plaintiff's Expert Disclosures for Class Certification: | April 8, 2021 |
| Deadline to File Class Certification Motion: | April 15, 2021 |
| Class Discovery Deadline | April 15, 2021 |
| Rebuttal Expert Disclosures for Class Certification: | June 3, 2021 |
| Response to Class Certification Motion, including *Daubert* challenges relevant to class certification: | June 24, 2021 |
| Reply in Support of Class Certification and response to *Daubert* challenges relevant to class certification: | August 5, 2021 |
| Reply in Support of *Daubert* motions | August 19, 2021 |
| Hearing on Class Certification Motion | September 28, 2021 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____December 4, 2020_____

THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING CLASS CERTIFICATION BRIEFING AND DISCOVERY SCHEDULE 4:18-CV-02671-YGR