JEFFREY B. MARGULIES (BAR NO. 126002)
EVA YANG (BAR NO. 306215)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
jeff.margulies@nortonrosefulbright.com
andy.guo@nortonrosefulbright.com

Jennifer K. Van Zant *(admitted pro hac vice)*
Andrew L. Rodenbough *(admitted pro hac vice)*
Ryan C. Fairchild *(admitted pro hac vice)*
**BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP**
230 North Elm Street
2000 Renaissance Plaza
Greensboro, NC 27401
Telephone: (336) 373-8850
Facsimile: (336) 378-1001
jvanzant@brookspierce.com
arodenbough@brookspierce.com
rfairchild@brookspierce.com

Attorneys for Defendant
ROSS STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DOMINIQUE MORRISON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>ROSS STORES, INC.,<br><br>Defendant | Case No. 4:18-cv-02671-YGR<br><br>Assigned for All Purposes to the Hon. Yvonne Gonzalez Rogers<br><br>**NOTICE OF CHANGE OF COUNSEL** |

DOCUMENT PREPARED ON RECYCLED PAPER

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  Pursuant to Civil Local Rule 5-1(c)(2)(C), please take notice that Jennifer K. Van Zant,

3 Andrew Rodenbough, and Ryan C. Fairchild of Brooks Pierce McLendon Humphrey and

4 Leonard LLP hereby withdraw as counsel for Defendant Ross Stores, Inc. in the above-captioned

5 matter. All other counsel of record for Defendant remain the same.

Dated: May 25, 2021

JEFFREY B. MARGULIES
EVA YANG
**NORTON ROSE FULBRIGHT US LLP**

JENNIFER K. VAN ZANT
ANDREW L. RODENBOUGH
RYAN C. FAIRCHILD
**BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP**

By /s/ Jennifer K. Van Zant
    Jennifer K. Van Zant
Attorneys for Defendant
ROSS STORES, INC.