**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DOMINIQUE MORRISON,**<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**ROSS STORES, INC.,**<br><br>　　　　　Defendant. | **Case No.: 18-CV-2671 YGR**<br><br>**ORDER SETTING HEARING ON MOTION FOR PRELIMINARY APPROVAL** |

　　　The Court has reviewed the parties' Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 98 and supporting declarations), and **SETS** the matter for hearing on Tuesday, **July 13, 2021, at 1:30 p.m.**

　　　The Court has concerns regarding the value of the settlement to the proposed settlement class. *See Koby v. ARS Nat'l Servs., Inc.*, 846 F.3d 1071, 1079-80 (9th Cir. 2017) (finding approval of settlement agreement was abuse of discretion where there was "no evidence to suggest that many, if any, members of the proposed class would derive a benefit from obtaining the injunctive relief afforded by the settlement"); *see also Campbell v. Facebook, Inc.*, 951 F.3d 1106, 1123 (9th Cir. 2020) (court approving class settlement must have sufficient information to determine the value of the settlement's benefits in comparison to the rights released by the class, including valuation of injunctive relief). The parties should be prepared to address this issue at the hearing.

　　　**IT IS SO ORDERED**.

Date: June 29, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**