Michael A. McShane (CA #127944)
mmcshane@audetlaw.com
Ling Y. Kuang (CA #296873)
lkuang@audetlaw.com
Kurt D. Kessler (CA #327334)
kkessler@audetlaw.com
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
Telephone:   (415) 568-2555
Facsimile:    (415) 568-2556

Counsel for Plaintiff Dominique Morrison on behalf of herself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DOMINIQUE MORRISON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROSS STORES, INC.,<br><br>Defendant | Case No:   4:18-cv-02671-YGR<br><br>**DECLARATION OF MICHAEL A. MCSHANE IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND EXPENSES**<br>Date:   **January 25, 2022**<br>Time:   **2:00 PM**<br>Place:   Courtroom 1, 4th Floor<br>Judge:   Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed:   May 7, 2018 |

I, Michael McShane, hereby declare as follows:

1. I am an attorney and partner for the law firm of AUDET & PARTNERS, LLP, and a member in good standing with the State Bar of California. I have personal knowledge of the matters stated below, and if called as a witness, I could and would testify competently thereto under oath.

2. I respectfully submit this Declaration in support of Plaintiffs' Motion for Attorneys' Fees and Expenses (hereafter, "Motion").

**CLASS COUNSEL'S EXPERIENCE AND QUALIFICATIONS**

3. Attached hereto as **Exhibit 1** is a true and correct copy of my firm's resume. The Firm Resume summarizes AUDET & PARTNERS, LLP's experience in complex class action litigation and other types of high-profile cases, including defective products, consumer fraud and deceptive practice litigation, and related consumer/commercial business claims.

4. Since 1988 my practice has involved litigating exclusively class actions on behalf of Plaintiffs. Since the passage of CAFA my practice has focused on Federal Court and I have appeared in numerous District Courts throughout the United States. I have been appointed as Lead Counsel, Executive Committee member or as Class Counsel during this time and have prosecuted all aspects of Class Action litigation, and in particular numerous consumer protection claims. *See* **Exhibit 1.**

5. As outlined in the Firm Resume, the attorneys at AUDET & PARTNERS, LLP have significant experience in litigating and resolving similar class actions. Recognizing the experience of the attorneys at AUDET & PARTNERS, LLP, many of the attorneys at the firm and the firm itself has been appointed to leadership positions in federal and state class action cases, and as sole class counsel representing the class in others.

6. Attached as **Exhibit 2** is a true and correct copy of the lodestar and costs for my firm, Audet & Partners.

7. The laws firms that represent Plaintiff and the Settlement Class in this matter will be collectively referred to as "Class Counsel" herein.

8. The sum of Class Counsel's combined lodestar is: $1,867,761.25.

9. The blended hourly rate for counsel in this matter is: $632.30.

10. The sum of the firms' combined costs is: $37,017.91.

11. The rates for the attorneys acting as Class Counsel in this matter are commensurate with the prevailing market rates for attorneys and support staff of comparable experience, skill, and reputation. My firm has been charged with obtaining the lodestar and expense submissions from my co-Class Counsel, and summary chart of those submissions is attached hereto as **Exhibit 3**.

## CLASS COUNSEL'S WORK AND CONTRIBUTION
## TO THE LITIGATION AND THE PROSECUTION OF THE CASE

12. Starting in late-2017 Class Counsel began their research and conducted an investigation into claims arising out allegedly misrepresented thread counts for AQ Textiles sheet products sold at Ross Stores.  The investigation and research into These efforts ultimately led to the filing of the original class action complaint on May 7, 2018. During the almost three and one-half years since the filing of the original complaint, Class Counsel have diligently prosecuted this litigation, including extensive law and motion practice, discovery and protracted and contentious settlement negotiations.

13. Specifically, Class Counsel's prosecution of this litigation necessitated extensive legal research, developing and identifying legal and factual issues arising from plaintiff's claims; continuing investigation into the claims and facts of the case as well as the facts of the sheet industry at large, preparing and responding to discovery; analyzing thousands of pages of defendant's internal documents and records; over 6,000 pages of discovery from third-parties; working with experts and consultants regarding the industry generally and the specific sheets involved in this case; engaging in months of arm's-length settlement negotiations (including three in-person mediation sessions with Hon. Jay C. Gandhi on November 13, 2019 and Hon. Elizabeth D. Laporte (ret.) on February 18, 2021 and March 3, 2021); preparing and responding to various dispositive and pre-trial related motions; preparing class certification briefing in the event a settlement was not achieved; responding to multiple motions to dismiss; amending the complaint twice; successfully opposing Defendants effort to file a summary judgement motion; and working with defendants' counsel on discovery and other matters.

14. Class Counsel prepared for and took the depositions of four Ross employees, including their 30(b)(6) designee, as well as prepared for and defended the deposition of Plaintiff Morrison.

15. Class Counsel participated in mediation and settlement efforts that lead to the agreement presented to this Court. Class Counsel personally attended (or, if appropriate, via conference call or video conferencing) the various mediation sessions with Judge Gandhi (ret) and Judge Laporte (ret), follow-up meetings, and the preparation and strategic planning associated with the settlement negotiations. Class counsel drafted the mediation brief regarding a number of issues and participated in strategy sessions.

16. The parties engaged in settlement efforts but due to the complex nature of the case and any settlement, the parties had to convene a number of settlement sessions, some in person and some on conference calls.  The settlement was under the supervision and completed with the assistance of Honorable Elizabeth D. Laporte (ret.). A settlement agreement was finally reached in March 2021 and preliminary approval was briefed, argued, and eventually granted by the Court on August 27, 2021.

17. The parties agreed to this settlement after considering, among other things (i) the substantial benefits to Plaintiff and the Class under the terms of the Settlement; (ii) the uncertainty of being able to prevail at trial; (iii) the uncertainty relating to Defendant's defenses and the expense of additional motion practice in connection therewith; (iv) the attendant risks, difficulties and delays inherent in litigation, especially in complex actions such as this; and (v) the desirability of consummating this Settlement promptly in order to provide substantive relief to Plaintiff and the Class without unnecessary delay and expense.

18. As noted in the Plaintiffs' preliminary approval briefing, in Class Counsel's estimation the settlement exceeds the criteria for final approval as set forth in Rule 23 and applicable case law of this Circuit. Considering all relevant factors, the settlement is an excellent one that should be approved by the Court. As outlined in the submissions to this Court, the settlement provides real value to the class and in light of the risks of class and other issues, warrants approval by this Court. Absent approval of the settlement, the class risks receiving nothing due to class and merits issues. Even if the class is eventually certified, the defendant will likely appeal, as is true of any verdict in favor of plaintiffs.

19. The entirety of this work was performed on a pure contingent basis with no guarantee of success or payment. Neither my firm, nor any making up class counsel, have received compensation for our efforts during the course of this litigation. Throughout the litigation, Class counsel coordinated with each other to divide up work in an efficient and cost-effective manner, thereby ensuring that all work was performed without unnecessary duplication. All attorneys, paralegals, law clerks and support staff at my firm are instructed to maintain and record in good faith time spent on this case (and others firm cases) and to keep as best as practical and possible the time records of the firm reflecting the time spent on this and other matters.

20. The costs here are eminently reasonable for the services provided by class counsel and the results obtained, as they directly drove the results.

21. The hourly rate for myself and my firm has been previously approved by courts in this and other jurisdictions, and the rate of counsel in general are appropriate for their respective home jurisdictions.

22. The Class Representative performed her role admirably, participating as required and accepting her responsibilities. She was deposed and produced documents in discovery diligently. Class Counsel thoroughly advised the Class Representative of her obligations.

Executed in San Francisco, California, on Monday, October 18, 2021.

Respectfully Submitted,

Dated: October 18, 2021       By: */s/ Michael McShane*
                                  Michael McShane (CA #127944)
                                  AUDET & PARTNERS, LLP
                                  711 Van Ness Avenue, Suite 500
                                  San Francisco, CA 94102-3275
                                  Telephone:  (415) 568-2555
                                  Facsimile:   (415) 568-2556

                                  *Counsel for Plaintiff Dominique Morrison*