# EXHIBIT 2

| Ross Thread Count Litigation | | | |
|---|---|---|---|
| Lodestar Analysis | | | |
| Inception through September 30, 2021 | | | |
| Timekeeper | Hours | Hourly Rate | Lodestar |
| **Attorney** | | | |
| Kurt Kessler | 595.75 | $275.00 | $163,831.25 |
| David Kuang | 220.50 | $425.00 | $93,712.50 |
| Michael McShane | 245.50 | $950.00 | $233,225.00 |
| Clint Woods | 321.75 | $500.00 | $160,875.00 |
| | | | |
| **Paralegal** | | | |
| Nick Perez | 45 | $125.00 | $5,625.00 |
| **TOTAL** | **1428.50** | | **$657,268.75** |

| Description | Amount | | |
|---|---|---|---|
| Court Reporter | $3,467.91 | | |
| Copy/Scan/Fax/XpressMail | $540.53 | | |
| Trvl/Misc | $13,609.28 | | |
| Filing | $1,680.00 | | |
| Research | $211.02 | | |
| Telephone | $368.59 | | |
| Travel | $0 | | |
| | | | |
| **TOTAL COSTS ADVANCED** | $19,877.43 | | |