# EXHIBIT 3

| FIRM | TOTAL LODESTAR | TOTAL HOURS |
|---|---|---|
| Audet & Partners, LLP | $657,268.75 | 1428.50 |
| Cuneo Gilbert & LaDuca, LLP | $432,036.25 | 549.25 |
| Levin Sedran & Berman, LLP | $303,456.25 | 370 |
| Steckler Wayne Cochran Cherry PLLC | $475,000 | 645 |
| **Total Sum** | **$1,867,761.25** | **2992.75** |

| FIRM | TOTAL COSTS |
|---|---|
| Audet & Partners, LLP | $19,877.43 |
| Cuneo Gilbert & LaDuca, LLP | $10,139.64 |
| Levin Sedran & Berman, LLP | $2,872.19 |
| Steckler Wayne Cochran Cherry PLLC | $4,128.65 |
| **Total Sum** | $37,017.91 |