Michael A. McShane (CA #127944)
mmcshane@audetlaw.com
Ling Y. Kuang (CA #296873)
lkuang@audetlaw.com
Kurt D. Kessler (CA #327334)
kkessler@audetlaw.com
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
Telephone:     (415) 568-2555
Facsimile:     (415) 568-2556

Counsel for Plaintiff Dominique Morrison on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DOMINIQUE MORRISON, on behalf of herself and all others similarly situated,<br><br>                        Plaintiff,<br>     v.<br><br>ROSS STORES, INC.,<br>                        Defendant | Case No:     4:18-cv-02671-YGR<br><br>**DECLARATION OF STUART L. COCHRAN IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND EXPENSES**<br><br>Date:       **January 25, 2022**<br>Time:       **2:00 PM**<br>Place:      Courtroom 1, 4th Floor<br>Judge:      Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed:     May 7, 2018 |

I, Stuart L. Cochran, declare as follows:

1. I am a partner at the law firm of Steckler Wayne Cochran Cherry PLLC and class counsel for the Plaintiff Class in the above-entitled action. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and costs in connection with services rendered in the above-entitled action.

2. Steckler Wayne Cochran Cherry PLLC handles national cases that present cutting edge issues and its attorneys have extensive trial and arbitration experience in a variety of cases, including securities fraud and qui tam actions under the False Claims Act. The attorneys at SWCC understand how to litigate difficult and large cases in an efficient and cost-effective manner, and they have used these skills to obtain outstanding results for their clients. SWCC attorneys are recognized in their field for excellence and integrity, and are committed to seeking justice for their clients. Its lawyers are admitted in various state and federal jurisdictions across the United States, including in Texas, New York, Pennsylvania, California, Louisiana, Missouri, Oklahoma, and Illinois. The firm's lawyers collectively have more than a century of experience handling complex litigation. Steckler Wayne Cochran Cherry PLLC's firm resume is attached as Exhibit 1, and the firm has been recognized by its peers and Courts nationwide for its successful class-action leadership.

3. I am a member in good standing of the bar of the States of Texas and Missouri and I have never been the subject of any type of disciplinary proceeding. I am admitted or have been admitted *pro hac vice* to practice before the United States District Courts for the Northern, Eastern, Southern, and Western Districts of Texas; United States District Courts for the Southern, and Northern Districts of California; United States District Court for the Southern District of Illinois; United States District Court for the Southern District of Ohio; United States District Court for the Eastern District of Missouri, and the United States District Court for the Western District of Washington.

4. I have been admitted to the Bar of the State of Texas since 2000. I have focused my practice on complex commercial, consumer, class, and catastrophic injury litigation—on both sides of the bar, having represented publicly-traded corporations, privately-held businesses, and individuals. I spent the first six years of his career in the trial section of one of the largest international

firms in the United States, where I gained experience in a wide variety of cases involving numerous industries, including energy, commercial real estate, telecom, IT, aerospace, accounting/audit, aviation, healthcare, logistics, insurance, commodities, and securities. I has represented clients in federal, state, and arbitration proceedings across the nation, including Texas, Alabama, Georgia, Arkansas, Missouri, Maryland, New York, Colorado, Washington, D.C., Florida, Illinois, California, Ohio, Washington state, and Massachusetts.

5. I have been appointed lead counsel and co-lead counsel in numerous class actions. Examples are: *Miloro v. Van's International Foods, Inc.,* No. 15PH-CV00642 (Circuit Court for Phelps County, Missouri); *Tovar v. Drews LLC*, No. 16-L-313 (Circuit Court for St. Clair County, Illinois); *Morrison and Collier v. Natural Chemistry, L.P*., No. 16SL-CC01991 (Circuit Court of St. Louis County, Missouri); • *Dugan v. Topco Associates LLC,* No. 16-L-446 *(*Circuit Court for St. Clair County, Illinois); *Pryzbysz et. al. v. Kraft Heinz Foods Co.*, No. 17-L-0402 (Circuit Court for St. Clair County, Illinois); *Barnes et. al. v. River North Foods, Inc*., No. 16-L-459 (Circuit Court for St. Clair County, Illinois); *Hansen-Mitchell et. al. v. Welspun USA, Inc., et. al*., No. 19-L-0391 (Circuit Court for St. Clair County, Illinois). My firm's resume is attached hereto as Exhibit 1.

6. The total number of hours spent on this litigation by my firm is 645. The total lodestar amount for attorney/professional time based on my firm's usual and customary rates is $475,000. See Exhibit 2.

7. The figures and amounts reflected in the foregoing paragraph are derived from contemporaneously kept time records that are inputted into a computerized billing system maintained by my firm.

8. Based upon my experience with other class action matters, I believe that the time expended by my firm in connection with this action is reasonable in amount and was necessarily incurred in connection with the prosecution of this action.

9. My firm has incurred a total of $4,128.65 in expenses in connection with the prosecution of this litigation. See Exhibit 2.

10. The aforementioned expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other documents. The expense records summarized in this declaration and submitted herewith accurately reflect the expenses incurred by my firm in pursuit of this litigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 18, 2021, in the State of Texas.

Dated: October 18, 2021

Respectfully Submitted,

/s/*Stuart L. Cochran*
Stuart L. Cochran

**ATTESTATION**

I, the undersigned, am the ECF user whose identification and password are being used to file this document. I hereby attest and represent, in compliance with Civil L.R. 5-1(i)(3), that concurrence in the filing of the document(s) has been obtained from the signatories above.

/s/ Michael McShane