# EXHIBIT 2

STECKLER
WAYNE
COCHRAN
CHERRY

**Summary of Time and Costs for *Morrison v. AQ Textiles, LLC,* No. 4:18-CV-02671-YGR,
in the United States District Court for the Northern District of California**

| Timekeeper | Level | Total Hours | Rate | Total |
|---|---|---|---|---|
| S. Cochran | Name Partner | 328 | $750 | $246,000 |
| K. Rogers | Partner | 215 | $650 | $139,750 |
| B. Steckler | Name Partner | 102 | $875 | $89,250 |
| | | **645** | | **$475,000** |
| | | | Costs (Depositions – transcript and video) | $4,128.65 |
| | | | **Total Fees & Expenses** | **$479,128.65** |