Michael A. McShane (CA #127944)
mmcshane@audetlaw.com
Ling Y. Kuang (CA #296873)
lkuang@audetlaw.com
Kurt D. Kessler (CA #327334)
kkessler@audetlaw.com
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
Telephone:     (415) 568-2555
Facsimile:      (415) 568-2556

Counsel for Plaintiff Dominique Morrison on
behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| DOMINIQUE MORRISON, on behalf of herself and all others similarly situated,<br><br>                                    Plaintiff,<br><br>      v.<br><br>ROSS STORES, INC.,<br>                         Defendant | Case No:        4:18-cv-02671-YGR<br><br>**DECLARATION OF CHARLES J. LADUCA IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND EXPENSES**<br><br> Date:           **January 25, 2022**<br> Time:           **2:00 PM**<br> Place:          Courtroom 1, 4th Floor<br> Judge:         Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed:        May 7, 2018 |

1    I, Charles J. LaDuca, declare as follows:

2         1.    I am a partner and firm chairman at Cuneo Gilbert and LaDuca, LLP and class counsel

3    for the Plaintiff Class in the above-entitled action. I am submitting this declaration in support of

4    my firm's application for an award of attorneys' fees and costs in connection with services rendered

5    in the above-entitled action.

6         2.    Cuneo Gilbert & LaDuca, LLP has devoted the majority of its practice to the

7    representation of clients involved in consumer protection, products liability, antitrust, securities and

8    corporate governance. The firm has achieved success for a range of clients by: working to recover

9    hundreds of millions of dollars for homeowners with defective construction materials (see below);

10   helping to recover billions of dollars in shareholder litigation (notably, the firm served as Washington

11   counsel for the plaintiffs in the Enron Securities Litigation, *In re EnronCoYp. Sec. Litig*., No. H-01-

12   3624 (S.D. Tex. 2006)); obtaining compensation for Holocaust survivors (*see Rosner, et al. v. United*

13   *States*, No. O1-cv-1859 (S.D. Fla.), the firm acted as Co- Lead Counsel in a case on behalf of survivors

14   of the Holocaust in Hungary whose fortunes were misappropriated by the U.S. government in the final

15   days of World War II); and, in several jurisdictions, ending the practice of jails subjecting minor law

16   violators to unconstitutional strip searches. In addition, in 1991, with two California firms, the firm

17   brought the so-called "Joe Camel" case, *Mangini v. RJ Reynolds Tobacco Co*., 7th Cal. 4th 1057

18   (1994), which alleged essentially that R. J. Reynolds Tobacco Company's Joe Camel Advertising

19   Campaign illegally tricked children into smoking cigarettes.

20        3.    I am a member in good standing of the State Bar of New York, and I have never been

21   the subject of any type of disciplinary proceeding.  I am admitted to practice before the New York

22   State Court of Appeals, U.S. Supreme Court, U.S. Court of Appeals (DC, Second, Third, Sixth and

23   Ninth Circuits), U.S. District Court, Colorado, U.S. District Court, District of Columbia, U.S.  District

24   Court, C.D. Illinois, U.S. District Court, W.D. Michigan, U.S. District Court, N.D.N.Y., U.S.

25   District Court, W.D.N.Y., and the U.S. District Court, S.D.N.Y.

26        4.    I have been admitted to the Bar of the State of New York since June 26, 2001.  My

27   practice has been devoted to the prosecution of class actions on behalf of Plaintiffs.  I have served as

28

- 1 -

1  lead counsel and co-lead counsel in numerous class action and multidistrict litigation ("MDL") cases.

2  The cases I have prosecuted include defective product, misrepresentation, and consumer protection

3  claims similar to the ones brought in this action.  Examples are: *In re: CertainTeed Corp. Roofing*

4  *Shingle Products Liability Litig*., MDL No. 1817 (E.D.Pa.) (defective organic shingles litigation,

5  firm served as Co-lead Counsel in the MDL); *In re Building Materials Corp. of America Asphalt*

6  *Roofing Shingle Prods. Liab. Litig*., MDL No. 2283 (D.S.C.) (Co-Lead Counsel); *In re: Kitec*

7  *Plumbing System Products Liability Litig*., MDL No. 2098 (N.D. Tex.) (Co-Lead Counsel); *In re*

8  *Zurn Pex Plumbing Litig*., MDL No. 1958 (D. Minn.); *In re Uponor, Inc. FI807 Plumbing Prods.*

9  *Liab. Litig*., MDL No. 2247 (D. Minn.) (Chair of the Executive Committee); *In re: CertainTeed*

10  *Fiber Cement Siding Litig*., MDL No. 2270 (E.D. Pa.); *In re IKO Roofing Shingle Products*

11  *Liability Litig*., MDL No. 2104 (M.D. Il.) (Chair of the Executive Committee); *In re: HardiPlank*

12  *Fiber Cement Siding Litig*., MDL No. 2359 (D. Minn.); and *Melillo, et. al. v. Building Products of*

13  *Canada*, Case No. 618-11 (Vermont St. Ct.).  My firm's resume is attached hereto as Exhibit 1.

14        5.      The total number of hours spent on this litigation by my firm is 549.25. The total

15  lodestar amount for attorney/professional time based on my firm's usual and customary rates is

16  $432,036.25. See Exhibit 2.

17        6.      The figures and amounts reflected in the foregoing paragraph are derived from

18  contemporaneously  kept time records that are inputted into a computerized  billing system

19  maintained by my firm.

20        7.      Based upon my experience with other class action matters, I believe that the time

21  expended by my firm in connection with this action is reasonable in amount and was necessarily

22  incurred in connection with the prosecution of this action.

23        8.      My firm has incurred a total of $10,139.64 in expenses in connection with the

24  prosecution of this litigation. See Exhibit 2.

25        9.      The aforementioned expenses pertaining to this case are reflected in the books and

26  records of this firm. These books and records are prepared from expense vouchers, check records, and

27

28

- 2 -

1  other documents. The expense records summarized in this declaration and submitted herewith

2  accurately reflect the expenses incurred by my firm in pursuit of this litigation.

3

4          I declare under penalty of perjury that the foregoing is true and correct.  Executed on October

5  18, 2021, in the State of Maryland.

6

7

8                                            Respectfully Submitted,

9  Dated: October 18, 2021                   /s/*Charles J. LaDuca*

10                                            Charles J. LaDuca

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND EXPENSES          4:18-CV-02671-YGR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, the undersigned, am the ECF user whose identification and password are being used to file this document. I hereby attest and represent, in compliance with Civil L.R. 5-1(i)(3), that concurrence in the filing of the document(s) has been obtained from the signatories above.

*/s/ Michael McShane*

- 4 -