# EXHIBIT 2

## Thread Count - Ross Time Report

Firm Name:         Cuneo Gilbert & LaDuca, LLP
Reporting Period:  Inception - October 11, 2021

|  | Current Hours | Current Rate | Current Lodestar |
|---|---:|---:|---:|
| Charles LaDuca | 146.50 | $895 | $131,117.50 |
| Alexandra Warren | 6.00 | $800 | $4,800.00 |
| Brendan Thompson | 394.00 | $750 | $295,500.00 |
| Brenjamin Apelbaum | 2.75 | $225 | $618.75 |
| **Totals** | **549.25** | | **$432,036.25** |

**EXPENSES**

|  | Cumulative Expenses |
|---|---:|
| Travel - Hotels, Transportation, Meals, Misc. | $721.94 |
| Messenger.Express Mail | $454.28 |
| Telephone, Facsimile | $27.12 |
| Westlaw/Lexis-Nexis/PACER research | $76.30 |
| Expert Fees | $8,240.00 |
| Filing Fees and Service | $620.00 |
| Miscellaneous |  |
| **Total** | **$10,139.64** |