# EXHIBIT 2

| Ross Thread Count Litigation | | | |
|---|---|---|---|
| Lodestar Analysis | | | |
| Inception through September 30, 2021 | | | |
| **Timekeeper** | **Hours** | **Hourly Rate** | **Lodestar** |
| | | | |
| Charles E. Schaffer | 245.25 | $975.00 | $239,118.75 |
| David Magagna | 41 | $550.00 | $22,550.00 |
| Nicholas Elia | 80.25 | $500.00 | $40,125.00 |
| Thomas Shrack | 3.5 | $475.00 | $1,662.50 |
| **TOTAL** | **370.00** | | **$303,456.25** |
| | | | |
| | | | |
| **Expense** | **Amount** | | |
| **Legal Research** | $2,468.19 | | |
| **Long Distance Telephone** | $45.50 | | |
| **Filing Fees** | $310.00 | | |
| **Photocopy** | $48.50 | | |
| **TOTAL** | **$2,872.19** | | |