# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **DOMINIQUE MORRISON,** | CASE NO.  4:18-cv-2671-YGR |
| Plaintiff, | **ORDER RE MOTION FOR ATTORNEYS' FEES AND EXPENSES** |
| vs. | Dkt. No. 114 |
| **ROSS STORES, INC., ET AL.,** |  |
| Defendants. |  |

The Court is in receipt of counsel's motion for attorneys' fees filed October 18, 2021.  (Dkt. No. 114.)  The motion did not contain billing records to support counsel's request for fees.  The lodestar charts and summary charts are insufficient for this purpose. Counsel shall file detailed billing records by no later than **MONDAY, JANUARY 24, 2021**.  The Final Approval Hearing is hereby continued **TO FEBRUARY 1, 2022, AT 2:00 PM**.

**IT IS SO ORDERED.**

Dated: January 20, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California